Bryan Fletcher and Garrett Fletcher v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-04324

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1101866264 | A pleasant trip Store |
| 2 | aliexpress.com/store/1102005840 | Anju Fashion Home Textiles 3 Store |
| 3 | aliexpress.com/store/1102422854 | Anju Fashion Home Textiles 6 Store |
| 4 | aliexpress.com/store/1102840240 | Anju Fashion Home Textiles 8 Store Store |
| 5 | aliexpress.com/store/1101334498 | Brilliant Fun Party Store |
| 6 | aliexpress.com/store/1101546817 | Brilliant Trip Store |
| 7 | aliexpress.com/store/1101684872 | ChildrenLife Store |
| 8 | aliexpress.com/store/1101961774 | CYXW Store |
| 9 | aliexpress.com/store/1101816831 | Dear friend stickers Store |
| 10 | aliexpress.com/store/1102191503 | Factory Starts to Sell Online Store |
| 11 | aliexpress.com/store/1102022311 | FAFAFREE Store |
| 12 | aliexpress.com/store/1102177732 | GGYY Store |
| 13 | aliexpress.com/store/1102808378 | JACK WALL DEC Store |
| 14 | aliexpress.com/store/1102736465 | L-PD-5 Store |
| 15 | aliexpress.com/store/1102653115 | Lucky Tiger Store Store |
| 16 | aliexpress.com/store/1101719206 | Meiyidakuajing Store |
| 17 | aliexpress.com/store/1101425226 | Mi 3 Store |
| 18 | aliexpress.com/store/1101267204 | Otisbaby Store |
| 19 | aliexpress.com/store/1102192931 | Printly studios Store |
| 20 | aliexpress.com/store/1102788785 | Shop1102786856 Store |
| 21 | aliexpress.com/store/1102810034 | Shop1102809030 Store |
| 22 | aliexpress.com/store/1102598002 | Short Uncles Store Store |
| 23 | aliexpress.com/store/1101574468 | Stickers Emotions Store |
| 24 | aliexpress.com/store/1102281638 | Toy Aholic Store |
| 25 | aliexpress.com/store/1101963707 | Toy Day Store |
| 26 | aliexpress.com/store/1102063507 | Un Nameable Toy Store |
| 27 | aliexpress.com/store/1102485436 | U-party Store |
| 28 | aliexpress.com/store/1101653464 | Xiao Zhou toy Store |
| 29 | amazon.com/sp?seller=AAHR80EL3O37Q | AAHR80EL3O37Q |
| 30 | amazon.com/sp?seller=A24CX9X52IGDNX | asbdyuqgfdgqqweqwe |
| 31 | amazon.com/sp?seller=A2TCS3DZBAO8Y6 | bijwqebiugq |
| 32 | amazon.com/sp?seller=A2JWEQUMVDZE2S | Catsticker |
| 33 | amazon.com/sp?seller=A1U7LTR2F8UWQU | CCD LLC |
| 34 | amazon.com/sp?seller=A19E04LV7DU6BS | chengmaixun |

| | | |
|---|---|---|
| 35 | amazon.com/sp?seller=A1S4JN03XB38BF | chenzan |
| 36 | amazon.com/sp?seller=A2HRI10X6TW9A2 | CHUANCHENGJIAJU |
| 37 | amazon.com/sp?seller=A3G8X5J6JXXJLV | FU JIE J |
| 38 | amazon.com/sp?seller=A2N9N5TYFOY2GR | fuaibaihuo |
| 39 | amazon.com/sp?seller=A20KV20VM6M52D | GuoDongShengUS |
| 40 | amazon.com/sp?seller=A2VLK7FTIU4USD | haikouyuzhengmaoyiyouxianzerengongsi |
| 41 | amazon.com/sp?seller=A2A6U49URW2E27 | hanhongyudedianpu |
| 42 | amazon.com/sp?seller=A29DYE3GKTPZ8O | HeefA LLC |
| 43 | amazon.com/sp?seller=A17JMPVVPV13K7 | hiping-us |
| 44 | amazon.com/sp?seller=A1X5RNJJYXT2F9 | huangqiminhg |
| 45 | amazon.com/sp?seller=AGZPHR1XUYKDT | HurenmingUS |
| 46 | amazon.com/sp?seller=A1TRMMWTFR2X4W | HutaoUS |
| 47 | amazon.com/sp?seller=AJBOBXL99KQXV | jiujiangchensayi |
| 48 | amazon.com/sp?seller=A39NZB3S70N397 | JUNJIEJIE |
| 49 | amazon.com/sp?seller=AS9VI7F2V06TX | KeFiz |
| 50 | amazon.com/sp?seller=A2LRMAIE8CV846 | LanBaoT |
| 51 | amazon.com/sp?seller=A2V4ATLCDC7EWM | lijunjiegywsgh |
| 52 | amazon.com/sp?seller=A29A4GZ2PMKUGR | Liu Zixing |
| 53 | amazon.com/sp?seller=A2AF9I7J7XJUR1 | LiuHaoUS |
| 54 | amazon.com/sp?seller=A27OO1N2P8ZBDG | Manmiao |
| 55 | amazon.com/sp?seller=AWIPO3OGEKVLR | MARY SHORE |
| 56 | amazon.com/sp?seller=A21XDAC7TITXL8 | mayanjundianpu |
| 57 | amazon.com/sp?seller=AOJT1Z1NFCMGM | MingLi Lan |
| 58 | amazon.com/sp?seller=A33OTLM0NK2XXR | New XYZ |
| 59 | amazon.com/sp?seller=A34CVJDHF6HYPJ | Paipo-US |
| 60 | amazon.com/sp?seller=A2KG07PQCCVCZS | Qlshs |
| 61 | amazon.com/sp?seller=A186QVUDJ49M63 | shanxifenglangyuanlianshangmaoyouxiangongsi |
| 62 | amazon.com/sp?seller=A39E0SOKIIOS19 | songyuanshijiahuikejiyouxiangongsi |
| 63 | amazon.com/sp?seller=A3USCQOGKF6YTC | TigeeeeR |
| 64 | amazon.com/sp?seller=A1TL4NG2VYJFBX | Tors |
| 65 | amazon.com/sp?seller=A1Z68OI86VFMDR | Wanzaixiantihuobaihuodian |
| 66 | amazon.com/sp?seller=ALISUSST0P0B9 | WhiteT |
| 67 | amazon.com/sp?seller=A3LKGOQ69QXQKM | XiakiCun |
| 68 | amazon.com/sp?seller=A3G5Q85SUTJPGX | XIE-MANHONG |
| 69 | amazon.com/sp?seller=A3QL6D5HY5IBJE | yangrongrongmeironghulidian |
| 70 | amazon.com/sp?seller=A3D5D7W3X0ELO1 | yansgyunheng |
| 71 | amazon.com/sp?seller=A20SH9WKTS8R4A | YBDZSW |
| 72 | amazon.com/sp?seller=A9ZLGBLXJ9EFG | yingshengshangmaoyouxiangongsi |
| 73 | amazon.com/sp?seller=AUGSM42FAPMQK | ZZHLY |

| | | |
|---|---|---|
| 74 | dhgate.com/wholesale/products/8aaa94c884eb5bb8018531f648eb6196.html | aiwatradingtoysgifts |
| 75 | dhgate.com/store/21780160 | Betty Sublimation |
| 76 | dhgate.com/store/17047452 | elapp |
| 77 | dhgate.com/store/21747287 | flowery888 |
| 78 | dhgate.com/wholesale/products/8aaaa7ae8364101b0183e3d1b69162a7.html | good_for_life |
| 79 | dhgate.com/store/20718104 | jamesok |
| 80 | dhgate.com/store/21569437 | long10 |
| 81 | dhgate.com/wholesale/products/8aaaa59d86d9b4fe0186e301c6d0587e.html | meck |
| 82 | dhgate.com/store/21813715 | nbajerseys2023 |
| 83 | dhgate.com/store/20145102 | paco_cha |
| 84 | dhgate.com/store/21851207 | qwas584 |
| 85 | dhgate.com/store/14068992 | SOGOOD |
| 86 | dhgate.com/store/21756776 | sts_013 |
| 87 | dhgate.com/store/20828580 | sunmouldcompanyltd |
| 88 | dhgate.com/wholesale/products/8aaa992682c93ee00182f36040c10406.html | us_california |
| 89 | dhgate.com/store/21830199 | us_oregon |
| 90 | ebay.com/usr/anqingfafushang0 | anqingfafushang0 |
| 91 | ebay.com/usr/hmlb2226429yo6 | hmlb2226429yo6 |
| 92 | ebay.com/usr/huading90 | huading90 |
| 93 | ebay.com/usr/ryjlb380nadc6 | ryjlb380nadc6 |
| 94 | ebay.com/usr/wuzhen568 | wuzhen568 |
| 95 | walmart.com/seller/101262969 | Anhui YSW F&T Media |
| 96 | wish.com/merchant/5e9ffca37ad255840706f5e4 | Anahilly Toys |
| 97 | wish.com/merchant/586284fbe62d6a4d52787ca2 | Barry Alboum |
| 98 | wish.com/merchant/600f8ad110e0312d0c84b1ce | California Clutch & Gear |
| 99 | wish.com/merchant/60c85cbba939623ad21f0d59 | cuixiaoyi1196 |
| 100 | wish.com/merchant/5e8a87e929e7861dcd20b2d3 | dec-LIFE-cor |
| 101 | wish.com/merchant/5882c6045eee5c4cc30c3564 | Erfan Ghavampour |
| 102 | wish.com/merchant/61521385bf54247aed39a130 | Evans Would Fashion |
| 103 | wish.com/merchant/5ea023e5e2fac3b75170424d | guozhichuangshi |
| 104 | wish.com/merchant/6073f56a3d5ed60681fc6289 | huanhxhay |
| 105 | wish.com/merchant/619d9e3a4a555806123f8d06 | jianpengbo9990 |
| 106 | wish.com/merchant/61ca8a41c4d831474fe129c7 | liuchao886699 |
| 107 | wish.com/merchant/5ea0021f99b6f113c6d3788d | qingzhulongsheng |
| 108 | wish.com/merchant/611966f48c7fbf388102a6e7 | Tesorero |
| 109 | wish.com/merchant/5e3a50669831e234858e7c44 | Wang Song Shop |
| 110 | wish.com/merchant/5e9ff88fe2fac3047970411c | weiudyrhru |
| 111 | wish.com/merchant/5ffbfbbe649a82916c8a613f | Wild Bunch |

| 112 | wish.com/merchant/55bc4050471ca455fd557354 | XiaMen Lebo LTD |
| 113 | wish.com/merchant/5e9fbd6506920231053dcc9c | zhanghongqun |
| 114 | wish.com/merchant/5e9fc4fa06920231053dde8f | zhaoshilans |